██ CONO ABATEMARCO et al., Respondents, v. BRIDON REALTY Co., Appellant, et al., Defendant.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.